UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
:
DASSY GREEN, Individually and On :
Behalf of All Others Similarly Situated, : Civil Action No. 1:21-cv-06385-DG-VMS
:
:
Plaintiff, :
: **NOTICE OF DISMISSAL WITH**
- against - : **PREJUDICE**
:
COSY HOUSE, LLC :
dba COSY HOUSE COLLECTION, :
:
Defendants. :
:
---------------------------------x

**PLEASE TAKE NOTICE** that Plaintiff voluntarily dismisses this action with prejudice under Fed. R. Civ. Pro. 41(A)(1)(a).

Dated: March 1, 2022
Surfside, Florida

**LAW OFFICES OF MARK SCHLACHET**

/s/ Mark Schlachet_____
Mark Schlachet
9511 Collins Ave., Ste. 605
Surfside, FL 33154
markschlachet@me.com

*Attorney for Plaintiff*